THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
      Federal Building  Suite 7516
      300 North Los Angeles  Street
      Los Angeles, California
      Tel. 213 894-6117
      FAX:  213 894-7819
      Email:  Sharla.Cerra@usdoj.gov

Attorneys for Defendant Commissioner of Social Security

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JUAREZ-ALVAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>    Defendant. | CV 06-6546 VBK<br><br><u>JUDGMENT FOR PLAINTIFF</u> |

    The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff, the Court hereby grants judgment in favor of plaintiff Dolores Juarez-Alvarez and against the Commissioner of Social Security for benefits awarded by administrative decision January 21, 2009.


DATE: July 06, 2009

                                  /s/
                              VICTOR B. KENTON
                              United States Magistrate Judge

-1-